```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ANALIZ FERNANDEZ                         :
                                         :      21cv2620 (DLC)
                    Plaintiff,           :
                                         :         ORDER
          -v-                            :
                                         :
ST. MORITZ SECURITY SERVICES, INC., et   :
al.,                                     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 6, 2021, the plaintiff moved to remand this action to New York state court. It is hereby

ORDERED that any opposition to the motion to remand is due **April 20, 2021**. Any reply is due **April 27, 2021**.

SO ORDERED:

Dated:   New York, New York
         April 8, 2021

                                  _____
                                           DENISE COTE
                                   United States District Judge